UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MISHA BLAKE,

    Plaintiff,

                                      CASE NO.:  8:16-CV-01651-MSS-TBM

-vs-

GENERAL MOTORS FINANCIAL COMPANY, INC.,

    Defendant
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, MISHA BLAKE, by and through the undersigned counsel, hereby notifies the Court that the parties, Plaintiff, MISHA BLAKE, and Defendant, GENERAL MOTORS FINANCIAL COMPANY, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice will be sent to the following by the Court's Electronic Filing System: John R. Chiles, Esquire, Burr Forman, Las Olas Centre I 450 East Las Olas Suite 700, Fort Lauderdale, FL  33301; (jchiles@burr.com); Jacqueline A. Simms-Petredis, Esq., Burr & Forman LLP, 201 North Franklin Street Suite 3200, Tampa, FL  33602 (jsimms-petredis@burr.com).

                                        */s/Frank H. Kerney, III, Esquire*
                                        Frank H. Kerney, III, Esquire
                                        Florida Bar #: 88672
                                        Morgan & Morgan, Tampa, P.A.
                                        One Tampa City Center
                                        201 North Franklin Street, 7th Floor
                                        Tampa, FL 33602
                                        Telephone: (813) 223-5505
                                        Facsimile:  (813) 223-5402
                                        fkerney@forthepeople.com
                                        jkneeland@forthepeople.com
                                        cfallara@forthepeople.com
                                        Counsel for Plaintiff